IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Civil No. CCB-11-302 |
| | * | |
| DAREN KAREEM GADSDEN | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## **MEMORANDUM AND ORDER**

Now pending is Daren Kareem Gadsden's pro se motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) (ECF 493). Gadsden argues he is eligible for compassionate release due to his underlying health conditions (asthma and hypertension), which he asserts place him at high risk of serious illness related to COVID-19. But Gadsden does not provide medical records or other documentation supporting his claim of underlying conditions, nor does he provide any evidence of administrative exhaustion. The court is thus without sufficient evidence to consider Gadsden's motion.

Accordingly, Gadsden's request for a reduced sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) is DENIED WITHOUT PREJUDICE.

So Ordered this  26th  day of June, 2020.

  /S/  
Catherine C. Blake
United States District Judge

1